# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MARK PORTER**  **PLAINTIFF**
ADC #500063

v.                        Case No. 3:24-cv-00093-LPR-JTK

**ZACHERY S. HARMON, et al.**  **DEFENDANTS**

## ORDER

On May 31, 2024, the Court entered an Order directing Plaintiff Mark Porter to, within thirty (30) days, pay the $405 statutory filing fee in order to proceed with this lawsuit.[1] The Court warned Plaintiff that his failure to do so could result in the dismissal of his Complaint without prejudice.[2] Despite this warning, Plaintiff has not paid the filing fee or otherwise responded to the Court's May 31 Order—and the time for doing so has expired.

Rule 5.5(c)(2) of the Local Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides, in relevant part:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

Because Plaintiff has failed to respond, his Complaint is DISMISSED without prejudice for failure to prosecute. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order and the accompanying Judgment would not be taken in good faith.

---

[1] Order (Doc. 6). The Order was entered by United States Magistrate Judge Jerome T. Kearney. Judge Kearney properly denied Plaintiff's Motions for Leave to Proceed *in forma pauperis* and found that Plaintiff was able to pay the $405 filing and administrative fees in full based on the $1,719.93 balance in Plaintiff's prison trust account. *Id*.

[2] *Id*.

IT IS SO ORDERED this 12th day of July 2024.

                                              _____
                                              LEE P. RUDOFSKY
                                              UNITED STATES DISTRICT JUDGE