IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MARK PORTER**                                                                                     **PLAINTIFF**
**ADC #500063**

v.                              Case No. 3:24-cv-00093-LPR-JTK

**ZACHERY S. HARMON, et al.**                                                         **DEFENDANTS**

**JUDGMENT**

Consistent with the Order entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 12th day of July 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE